EARL WEIDMAN, Appellant, v. FRANCES K. WAGONER, Respondent, et al., Defendant. IRENE M. WEIDMAN, Appellant, v. FRANCES K. WAGONER, Respondent, et al., Defendant. ALFRED J. SEIFERT, Appellant, v. FRANCES K. WAGONER, Respondent, et al., Defendant. DOROTHY M. SEIFERT, Appellant, v. FRANCES K. WAGONER, Respondent, et al., Defendant.— Judgment and orders affirmed, with costs. All concur. (Appeals by plaintiffs from a judgment of Niagara Trial Term against defendant Basso and in favor of the respective plaintiffs in automobile negligence actions. The orders appealed from denied plaintiffs' motion for a new trial as to verdicts against defendant Basso on the ground of inadequacy and for a new trial as to the verdict of no cause of action as to defendant Wagoner.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

EDMUND B. BELLINGER, JR., Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 32041.) — Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of the Court of Claims dismissing a claim for damages for alleged false imprisonment, assault, and malicious prosecution, alleged to have been committed against claimant by a member of the State Police while claimant was serving on duty with the National Guard.) Present — McCurn, P. J., Vaughan, Wheeler and Van Duser, JJ. [206 Misc. 575.]

CITY BANK FARMERS TRUST COMPANY (Formerly Known as FARMERS LOAN & TRUST CO.), as Trustee under Deeds of Trust Made by WILLIAM W. ASTOR and Others, and as Trustee under the Will of WALDORF ASTOR, Deceased, Respondent, v. THOMAS FERRARA et al., Appellants.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Onondaga Special Term in an action to recover rentals on leased property and for damages for failure of defendants and their assignees to perform the conditions of the lease.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

In the Matter of the Estate of THOMAS CARR, Deceased. BANK OF JAMESTOWN et al., as Executors of THOMAS CARR, Deceased, et al., Appellants; ALTON R. ERICKSON, as Administrator of the Estate of FANNIE CARR, Deceased, et al., Respondents.— Motion for reargument and for appointment of a referee denied in all respects. Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ. [See 284 App. Div. 930.]

In the Matter of MARTIN SEIFERTH, JR., an Infant, et al., Respondents. WILLIAM E. MOSHER, as Deputy Commissioner of Health for Erie County Health Department, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ. [See ante, p. 221.]

CHARLES OHLENSCHLAGER, Respondent-Appellant, v. SOUTH BUFFALO RAILWAY COMPANY, Appellant, and RALPH D. YOUNG et al., Individually and as Copartners Doing Business as YOUNG, YOUNG, KOCH, RASZMAN & EVERINGHAM, Respondents.— Motion by plaintiff for leave to appeal to the Court of Appeals granted. Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ. [See ante, p. 846.]